| | |
|---|---|
| | **UNITED STATES DISTRICT COURT** |
| | **EASTERN DISTRICT OF CALIFORNIA** |

| | |
|---|---|
| STEVEN R. EDWARDS,<br><br>    Plaintiff,<br><br>v.<br><br>MAGALLANES, et al.,<br><br>    Defendants. | Case No.: 1:16-cv-00975-SAB (PC)<br><br>ORDER FOLLOWING IN CAMERA REVIEW OF DOCUMENTATION SUBMITTED IN RESPONSE TO THE COURT'S JULY 27, 2018, ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION TO COMPEL<br><br>[ECF No. 29] |

Plaintiff Steven R. Edwards is appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

On July 27, 2018, the Court denied in part and granted in part Plaintiff's motion to compel, and ordered Defendants to produce documentation in response to Plaintiff's Request for Production Numbers 2 and 4 relating to a log sign in/out sheet during the first watch on March 18-19, 2015. (ECF No. 29.)

On August 20, 2018, Defendants responded to the Court's order and provided the declaration of Mary Kimbrell, Litigation Coordinator at California State Prison, Corcoran (CSP Corcoran) and produced documentation for in camera review. More specifically, Defendants provided CSP Corcoran sign in sheet for dates March 17-19, 2018, and a copy of the CSP Corcoran TTA, Emergency Room Register for dates March 17-24, 2018.

///

| | |
|---|---|
| 1 | |
| 2 | Based on the Court's in camera review of the documentation and Defendants' responses to Plaintiff's request for production, there is no documentation to support Plaintiff's contention that Sergeant Magallanes responded to a medical emergency in Building 3C01, C-yard, on March 18-19, 2018. Accordingly, the Court will not order production of the documentation submitted for in camera review, and Plaintiff's motion to compel is denied. |

IT IS SO ORDERED.

Dated: __**September 7, 2018**__   _____
UNITED STATES MAGISTRATE JUDGE